BB
AO 91 (Rev. 11/11) Criminal Complaint

2021R00255

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

(1) SARAH JEAN ELWOOD,
(2) JEFFREY PAUL JACKSON, and
(3) GERYIELL LAMONT WALKER

Case No. 21-mj-426 (BRT)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about May 30, 2021, in Anoka County, in the State and District of Minnesota, defendants Sarah Jean ELWOOD, Jeffrey Paul JACKSON, and Geryiell Lamont WALKER, each aiding and abetting and being aided and abetted by one another, in connection with the acquisition of firearms from a licensed dealer, did knowingly make a false or fictitious oral or written statement intended or likely to deceive such dealer with respect to a fact material to the lawfulness of the sale or other disposition of such firearms under the provisions of Chapter 44 of United States Code Title 18, all in violation of 18 U.S.C. §§ 2, 922(a)(6), and 924(a)(2).

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐No

_Complainant's signature_

SUBSCRIBED and SWORN before me,
by reliable electronic means via FaceTime and email,
pursuant to Fed. R. Crim. P. 41(d)(3).

Date: June 1, 2021

City and State: Saint Paul, MN

Cory J. Shelton, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
_Printed name and title_

_Judge's Signature_

Becky R. Thorson
United States Magistrate Judge
_Printed Name and Title_