## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Geryiell Lamont Walker,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DEFENDANT GERYIELL LAMONT WALKER'S MOTION TO REOPEN THE DETENTION HEARING BASED ON CHANGED CIRCUMSTANCES<br><br>Crim. No. 0:21-mj-00426-BRT |

Defendant Geryiell Lamont Walker, through his counsel, Daniel L. Gerdts, Esq., and pursuant to 18 U.S.C. § 3142(c), hereby moves the Court to re-open the detention hearing to permit further evidence to be reviewed in connection with his request for conditional release. The Court presided over a preliminary and detention hearing in this matter earlier this month, on 3 June 2021, and ordered that Defendant be detained pending the completion of a mental health and chemical use assessment. The pretrial services report had recommended conditional release with placement at a half-way house or other facility with appropriate treatment options. The Court's detention order noted concerns regarding Defendant's mental health and chemical use, and concluded that detention would be ordered, but further ordered that

> 3. The defendant's counsel shall initiate and make the necessary arrangements to secure a Rule 25 assessment of the defendant, which will provide specific and tailored recommendations for the defendant's treatment;
> 4. The Court will retain jurisdiction over this matter in the event that a change in circumstances warrants a reopening of the detention hearing,

after a Rule 25 assessment is completed and a recommendation issued;

[0:21-mj-00426-BRT, Doc. No. 22, at 4].

Undersigned counsel thereafter arranged for a psychologist to conduct a complete mental health and chemical use assessment of Defendant, and to provide a report regarding the assessment and specific recommendations. That confidential report is appended hereto for the Court's review.

Dated: 30 June 2021

Respectfully submitted,

DANIEL L. GERDTS, LAWYER

*s/ Daniel L. Gerdts*

Daniel L. Gerdts (#207329)
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086