UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-147(3) (ADM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Geryiell Lamont Walker, | |
| Defendant. | |

This matter comes before the Court on Defendant Geryiell Lamont Walker's Motion to Amend the Order Holding the Pretrial Motions and Briefing in Abeyance, ECF No. 105.

Following the criminal motions hearing on December 22, 2021, the Court set a briefing schedule on certain of Defendant's motions. *See generally* ECF No. 95. The parties subsequently "negotiated what is believed to be a resolution of the case and . . . scheduled a change-of-plea hearing" before the district judge for January 19, 2022. ECF No. 99 at 1; *see generally* ECF No. 98. The parties "anticipate withdrawing all motions after the successful conclusion of that hearing, but desire not to do so until that time." ECF No. 99 at 1. At the parties' request, the Court held briefing in abeyance pending the anticipated January 19 change-of-plea hearing. *See generally* ECF No. 100.

The change-of-plea hearing has now been rescheduled for February 23, 2022. ECF No. 103. The parties move to amend the adjusted "abeyance" briefing schedule to comport with the new hearing date.

1

For good cause shown, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Amend the Order Holding the Pretrial Motions and Briefing in Abeyance, ECF No. 105, is **GRANTED**.

2. In the event the parties' pending pretrial motions are not withdrawn at the hearing on February 23, 2022:

    a. Defendant's additional briefing shall be due **March 10, 2022**;

    b. The Government's responsive briefing shall be due **March 25, 2022**; and

    c. Defendant's dispositive motions, ECF Nos. 78 and 79, will be deemed under advisement as of **March 25, 2022**.

Date: January  24 , 2022         *s/ Tony N. Leung*
                                 Tony N. Leung
                                 United States Magistrate Judge
                                 District of Minnesota

                                 *United States v. Walker*
                                 Case No. 21-cr-147(3) (ADM/TNL)